JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MOHAMED HAMOY ELHASA ELZANATY,

        Plaintiff,

v.

TARGET CORPORATION, et al.,

        Defendants.

No. 2:26-cv-02096-JAK (PVCx)

**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 15)**

**[JS6: CASE TERMINATED]**

1

Based on a review of the Stipulation for Dismissal with Prejudice, Dkt. 15 ("Stipulation"), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees and costs. All pending dates, deadlines, hearings, and appearances are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated:  June 26, 2026     _____

John A. Kronstadt
United States District Judge

2